Daniel Sweeney, Reg. #69628-112 (in Custody)
8141 Orion Avenue
Van Nuys, CA 91406
In Pro Se



# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Sweeney, Reg.# 69628-112 | **CASE NO: 2:20-CV-04247-RSWL-JEM** |
| Plaintiff,  Petitioner (In Pro Se) | |
| | Supplemental Exhibits and Affidavit In Support of Emergency Petition for Writ of Habeas Corpus Pursuant to U.S.C. § 2241, Injunctive, and Declaratory Relief For Release from Custody Due to Risk of Exposure and Imminent Death From Covid-19/Corona Virus Due to Conditions of Confinement At Orion House R.R.C. |
| **v.** | |
| Juan Herrera, in his capacity as the Residential Relocation Manager of the Federal Bureau of Prisons for the District of Los Angeles; and Kim Beakey and David Dwyer in their capacity as Regional Reentry Administrator and Western Sector Administrator, for the Federal Bureau of Prisons, Grand Prairie, TX | |
| Defendant(s). | |

Petitioner Daniel Sweeney, proceeding pro se for this limited purpose, respectfully submits these supplementary Exhibits (A and B) in support of his recently filed Emergency Petition for Writ of Habeas Corpus, Injunctive, and Declaratory Relief for an immediate reduction in sentence to time served with no modification in the terms of his supervised release based on extraordinary and compelling circumstances created by the unconstitutional conditions of his confinement which subject him daily to COVID-19 exposure and imminent risk of death.

Respectfully submitted,

*Daniel Sweeney*

/s/ Daniel Sweeney, pro se (in-custody)
8141 Orion Avenue
Van Nuys, California 91406                    Dated: May 11, 2020, filed via U.S. Mail


Certificate of Service

I hereby certify that this document was filed via U.S. Mail on May 11th, 2020 to the Clerk of the
U.S. District Court for the Central District of California, and I am a party to this proceeding.
Electronic copies were filed with participants via ECF who are registered for service.
/s/ Daniel Sweeney, pro se

# EXHIBITS LIST

Exhibit A                        Interior Photos of Orion RRC, Van Nuys, California, 4/30/2020

Exhibit B                        Affidavit of Daniel Sweeney, Interior Photos of Orion RRC, Van Nuys, California, 4/30/2020, 5/2/2020, 5/3/2020

Exhibit A: Interior Photos of Orion RRC, Van Nuys, California,

4/30/2020

I, DANIEL SWEENEY, REG# 69628-112, DO HEREBY SWEAR AND AFFIRM UNDER PAINS AND PENALITIES OF PURJURY THAT:

⊗ I AM AN INMATE IN FEDERAL CUSTODY CURRENTLY CONFINED AT ORION HOUSE R.R.C. IN VAN NUYS, CA 91406.

✻ ORION HOUSE R.R.C. REQUIRES INMATES TO SLEEP AND LIVE IN CLOSE QUARTERS (WITH LESS THAN 3 FEET OF SPACE BETWEEN EACH) AND IS NOT OBSERVING STATE AND CITY MANDATED COVID-19 SOCIAL DISTANCING PROTOCOLS.

✻ MY BUNK BED IS WITHIN 3 FEET OF ANOTHER INMATE.

✻ ORION DOES NOT OBSERVE SOCIAL DISTANCING PROTOCOLS IN COMMON AREAS, DINING ROOMS, BATHROOMS AND FORCES INMATES TO CLEAN COMMON AREAS OF THE FACILITY THAT MAY BE CONTAMINATED WITH THE COVID-19 VIRUS.

✻ ORION R.R.C. DOES NOT HAVE ON-SITE MEDICAL STAFF NOR HAS WARNED OR EDUCATED INMATE RESIDENTS ABOUT ADEQUATE COVID-19 PREVENTION PROTOCOL & PROTECTIONS AND DOES NOT SCREEN STAFF DAILY NOR NEWLY ADMITTED INMATES.

✻ ORION R.R.C. CONTINUES TO ACCEPT NEW INMATES FROM FEDERAL AND STATE INSTITUTIONS

✻ I ATTEST THAT THE PHOTOGRAPHS ATTACHED HERE ARE TRUE AND ACCURATE IMAGES OF THE LIVING CONDITIONS AT ORION R.R.C. AS OF MAY 2, 2020.

✻ ORION HOUSE R.R.C. DOES NOT OFFER INMATES PROTECTIVE MASKS, HAND SANITIZER OR OTHER HYGENIC PRODUCTS TO PREVENT THE SPREAD OF COVID-19.

✻ I FEAR FOR MY LIFE AND HEALTH BEING CONFINED IN THESE CONDITIONS AND FROM RETALIATION BY STAFF FOR REPORTING THEM.



X _____  69628-112
                   5/2/20



U.S. Department of Justice
Federal Bureau of Prisons

69628-112

SWEENEY
DANIEL
DOB: 06-22-1973  Eye: BK  Ht: 5'11"











OPERATING INSTRUCTIONS

WASHER                    DRYER



Exhibit B

Affidavit of Daniel Sweeney, Interior Photos of Orion RRC, Van Nuys, California,

4/30/2020, 5/2/2020, 5/3/2020













Daniel Sweeney
8141 Orion Avenue
Van Nuys, CA 91406



U.S. POSTAGE PAID
FCM LG ENV
NORTH HILLS, CA
91343
MAY 11, 20
AMOUNT
**$1.60**
R2304E106531-10

1000        90012





JEM

United States Courthouse
Office of the Clerk
255 E. Temple Street
Suite TS-134
Los Angeles, CA 90012