JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SWEENEY, <br><br> Petitioner, <br><br> v. <br><br> JUAN HERRERA and KIM BEAKEY, <br><br> Respondents. | Case No.: CV 20-04247-CJC(JEMx) <br><br><br> JUDGMENT |

Petitioner Daniel Sweeney brings this Emergency Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Respondents' motion to dismiss came for consideration before this Court.

The Court hereby **ORDERS** that:

1. Respondents' motion to dismiss is **GRANTED**.

2. The Petition is **DISMISSED WITHOUT PREJUDICE**, as set out in the Court's concurrently issued Order.

DATED: June 8, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE